UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                  Case No. 16-mc-50677
                                            Hon. Matthew F. Leitman

v.

DR. RODNEY MORET-QUEZADA,

    Defendant.
_____/

## ORDER DENYING MOTION FOR ENTRY OF AN ORDER TO SHOW CAUSE (ECF #3)

On May 10, 2016, the Bureau of Professional Licensing (the "Interested Party") filed a motion to quash a subpoena served by counsel for Dr. Rodney Moret-Quezada (ECF #1, hereinafter the "Motion to Quash"). The Interested Party and its attorneys did not file the Motion to Quash under seal.

Dr. Moret-Quezada has now filed a motion for entry of an order requiring the Interested Party and its attorneys to show cause why they should not be held in contempt for filing the Motion to Quash in the usual manner instead of filing it under seal. (ECF #3.) Dr. Moret-Quezada seeks entry of the show cause order on the ground that the failure to file the Motion to Quash under seal violated an order of this Court. It did not.

No order of this Court required the Interested Party or its attorneys to file the Motion to Quash under seal. Dr. Moret-Quezada could have asked this Court to include in its order authorizing service of his subpoena a requirement that any motion to quash be filed under seal. He did not. And this Court's Local Rules would have precluded the Interested Party and its counsel from filing under seal without first obtaining permission from this Court. The Court is not inclined to proceed with contempt proceedings under these circumstances. The Court directs the parties to focus on the merits of the Motion to Quash.

**IT IS SO ORDERED.**

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: May 19, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 19, 2016, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(313) 234-5113