UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                        Case No. 16-mc-50677
                                                              Hon. Matthew F. Leitman

v.

DR. RODNEY MORET-QUEZADA,

    Defendant.
_____/

## **ORDER ON MOTIONS TO QUASH (ECF ## 1, 9)**

Defendant Dr. Rodney Moret-Quezada ("Dr. Moret-Quezada") served a subpoena on third-party the Bureau of Professional Licensing (the "Bureau"). On May 10, 2016, the Bureau filed a motion to quash the subpoena (the "Motion"). (*See* ECF #1.) The Government also filed a motion to quash the subpoena on June 8, 2016 (collectively with the Motion, the "Motions"). (*See* ECF #9.)

The Court held an in-person hearing on the Motions on June 22, 2016. It continued the hearing telephonically on July 18, 2016. As confirmed on the record during both the in-person and telephonic portions of the hearing, the Bureau has provided Dr. Moret-Quezada with all documents in its possession that are responsive to the subpoena (with the exception of one category of documents discussed immediately below).

The sole yet-to-be-produced documents are materials given to employees of the Bureau who work with the MAPS system. Those materials were identified by Assistant Attorney General Andrew Hudson ("Hudson") on the record during the July 18, 2016, telephonic portion of the hearing. The Bureau shall produce the documents that Hudson identified during the hearing by no later than **5:00 p.m. on July 22, 2016**. In all other respects the Motions are **TERMINATED AS MOOT** because there are no remaining responsive documents to be produced to Dr. Moret-Quezada.

**IT IS SO ORDERED.**

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: July 18, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 18, 2016, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(313) 234-5113